**Dismissed and Memorandum Opinion filed August 28, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00562-CV

---

### KIMBERLY MITCHELL, Appellant

### V.

### SOCIAL SECURITY DEPARTMENT, MS. BARRIOS, KERRIE MOONEY, and AISHA SEWELL, Appellees

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-36435**

---

## M E M O R A N D U M   O P I N I O N

On June 11, 2012, appellant filed a *pro se* notice of appeal in an apparent attempt to appeal a dismissal order signed February 9, 2012. No clerk's record has been filed in this appeal. The clerk responsible for preparing the record informed the court appellant did not make arrangements to pay for the record. We have not been notified that appellant has claimed or established indigence so that she may proceed on appeal without the advance payment of costs. *See* Tex. R. App. P. 20.1.

On July 19, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof thereof. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment or payment arrangements for the record. Nor has she filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.

2